UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FAITH TECHNOLOGIES, INC.,

    Plaintiff,

    v.                                Case No. 23-C-240

THE INTERLAKE STEAMSHIP COMPANY,

    Defendant,

and

FINCANTIERI MARINE GROUP, LLC,

    Intervenor Defendant.

---

## ORDER

---

This matter came on before the court on Plaintiff's motion for a writ of attachment and other related motions. The court heard argument on March 10, 2023. For the reasons set forth on the record, Fincantieri's motion to intervene, Dkt. No. 22, is granted. Plaintiff's motion for a writ of attachment, Dkt. No. 6, is denied. All other motions are denied as moot and the case is ordered dismissed on its merits and without prejudice.

Dated at Green Bay, Wisconsin this 10th day of March, 2023.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge